UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

DANIEL MACHADO; ADRIANO TURBI-GARCIA; and EDITH O'NEILL, as Administratrix of the Estate of MANUEL VERA, Deceased; individually and in behalf of all other persons similarly situated,

        Plaintiffs,

–against–

ELECTCHESTER MANAGEMENT LLC; FIRST HOUSING COMPANY, INC.; SECOND HOUSING COMPANY, INC.; THIRD HOUSING COMPANY, INC.; FOURTH HOUSING COMPANY, INC.; FIFTH HOUSING COMPANY, INC.; ANTHONY CAIOZZO; JOSEPH CAPASSO; GERALD FINKEL; VITO MUNDO; and THOMAS PREZIOSO; jointly and severally,

        Defendants.

15 CV 4924 (KAM) (PK)

## CONSENT TO BECOME PARTY PLAINTIFF

I, _Jay W. Ehrens_, consent to become a party plaintiff in this lawsuit pursuant to 29 U.S.C. § 216(b).

Date: _5/2/19_          _Jay W Ehrens_