| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | |
| DANIEL MACHADO; ADRIANO TURBI-GARCIA; and EDITH O'NEILL, as Administratrix of the Estate of MANUEL VERA, Deceased; individually and in behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> –against– <br><br> ELECTCHESTER MANAGEMENT LLC; FIRST HOUSING COMPANY, INC.; SECOND HOUSING COMPANY, INC.; THIRD HOUSING COMPANY, INC.; FOURTH HOUSING COMPANY, INC.; FIFTH HOUSING COMPANY, INC.; ANTHONY CAIOZZO; JOSEPH CAPASSO; GERALD FINKEL; VITO MUNDO; and THOMAS PREZIOSO; jointly and severally, <br><br> Defendants. | 15 CV 4924 (KAM) (PK) |

**NOTICE OF MOTION FOR AN ORDER (1) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (2) DIRECTING DISSEMINATION OF NOTICE TO THE CLASS, (3) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES, (4) APPOINTING THE LAW OFFICE OF JUSTIN A. ZELLER, P.C., AS CLASS COUNSEL**

**Please take notice** that, upon the accompanying affirmation, memorandum of law, and the pleadings herein, the plaintiffs will move this Court, before Hon. Peggy Kuo, United States Magistrate Judge, to: (1) grant preliminary approval of the Settlement Agreement and Release ("Settlement Agreement") attached as **Exhibit 1** to the Declaration in Support of this Motion, (2) approve the Notice of Proposed Settlement and Class Action Lawsuit ("Proposed Notice"), attached as **Exhibit 2** to the Declaration, (3) approve the Claim Form, attached as **Exhibit 3** to the Declaration, (4) enter an order setting a deadline to send Class Notice as fourteen days after the

Order is entered, (5) enter an order setting a date for the Fairness Hearing to be held no sooner than fourteen days after the Class's deadline for opting out of the Class, (6) enter an order scheduling the due date for the motion for Final Approval for seven days before the Fairness Hearing; and (7) appoint the Law Office of Justin A. Zeller, P.C., ("Plaintiffs' Counsel") as Class Counsel.

Dated: New York, New York
November 3, 2022

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: *John M. Gurrieri*
John M Gurrieri
jmgurrieri@zellerlegal.com
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, NY 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFFS**