UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MACHADO; ADRIANO TURBI-GARCIA; and EDITH O'NEILL, as Administratrix of the Estate of MANUEL VERA, Deceased; individually and in behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>–against–<br><br>ELECTCHESTER MANAGEMENT LLC; FIRST HOUSING COMPANY, INC.; SECOND HOUSING COMPANY, INC.; THIRD HOUSING COMPANY, INC.; FOURTH HOUSING COMPANY, INC.; FIFTH HOUSING COMPANY, INC.; ANTHONY CAIOZZO; JOSEPH CAPASSO; GERALD FINKEL; VITO MUNDO; and THOMAS PREZIOSO; jointly and severally,<br><br>Defendants. | 15 CV 4924 (KAM) (PK) |

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL AS FAIR PURSUANT TO THE FLSA, APPROVAL OF SERVICE FEES, AND APPROVAL OF ATTORNEY'S FEES AND COSTS

**Please take notice** that, upon the accompanying declaration, memorandum of law, and the pleadings herein, the Plaintiffs and Party Plaintiffs, on behalf of themselves and the Class, will move this Court, before Hon. Peggy Kuo, United States Magistrate Judge, to: (1) grant final approval of the Settlement Agreement and Release ("Settlement Agreement") attached as Exhibit 1 to the Declaration in Support of this motion at ECF No. 297-1; (2) approve the settlement agreement as fair pursuant to the FLSA; (3) approve the service fee awards; and (4) approve the attorney's fees and costs.

Dated: New York, New York
Janualy 9, 2023

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: *John M. Gurrieri*
John M Gurrieri
jmgurrieri@zellerlegal.com
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, NY 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFFS, PARTY PLAINTIFFS, and CLASS**